**ESTATE OF David WHEELER, f.k.a. David Wheeler, Plaintiff–Appellant,**

v.

**KELLOGG, BROWN & ROOT, Insurance Company of the State of Pennsylvania, AIG Worldsource, Defendants–Appellees.**

No. 10–14413.

United States Court of Appeals, Eleventh Circuit.

Sept. 20, 2011.

Joshua T. Gillelan, II, Law Office of Joshua T. Gillelan II, Washington, DC, Paul M. Doolittle, Paul M. Doolittle, PA, Jacksonville, FL, for Plaintiff–Appellant.

Robert N. Dengler, Flicker, Garelick & Associates, LLP, New York, NY, Craig B. Shapiro, Aran, Correa, Guarch & Shapiro, P.A., Coral Gables, FL, for Defendants–Appellees.

1981. *Bonner v. City of Prichard,* 661 F.2d 1206, 1209 (11th Cir.1981) (en banc).

Before HULL and ANDERSON, Circuit Judges, and VINSON,* District Judge.

PER CURIAM:

After review and oral argument, the Court vacates the district court's orders, dated January 15, 2010, and August 20, 2010, and remands this case with instructions to the district court to enforce the District Director's Supplemental Compensation Order and Declaration of Default, imposing 20% additional compensation in the amount of $26,764.36.[1]

**VACATED AND REMANDED.**

---

* Honorable C. Roger Vinson, United States District Court for the Northern District of Florida, sitting by designation.

1. After review of the record, it became apparent that the relevant regulations need attention from the agency.